UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHN B. NELSON, JR.                                    CIVIL ACTION

VERSUS                                                 NO. 13-769

INTERNATIONAL MARINE, LLC, ET AL                       SECTION "N"  (5)

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motions, noticed for submission on April 2, 2014, was filed:

    (1)    **"Motion for Summary Judgment," filed by defendant Chevron U.S.A. Inc. (Rec. Doc. 61); and**

    (2)    **"Motion for Summary Judgment," filed by defendant Offshore Cleaning Systems, L.L.C.  (Rec. Doc. 66).**

Further, counsel for the plaintiff has informed the Court that the motions are unopposed by the plaintiff.   Accordingly;

**IT IS ORDERED** that the above motions are hereby **GRANTED**, and the plaintiff's claims against Chevron U.S.A. Inc**.** and Offshore Cleaning Systems, L.L.C., are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the cross-claims of Chevron U.S.A. Inc. and International Marine, LLC, against Offshore Cleaning Systems, L.L.C., are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the cross-claims of International Marine, LLC, against Chevron U.S.A. Inc. are hereby **DISMISSED**.

A motion for reconsideration of this Order, if any, must be filed within ten (10) days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing on the motion for reconsideration.

New Orleans, Louisiana, this 1st day of April, 2014.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**